Frank O'Brien, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion to amend decision denied, with ten dollars costs.

Peter Larsen, Respondent, v. Lackawanna Steel Company, Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

Effie J. Van Blaricum, Respondent, v. Georgiana H. Larson and Others, Appellants.— Motion for leave to appeal to Court of Appeals granted and questions for review certified.

Cornelius J. McCarthy and Another, Respondents, v. Henry Mittermeyer and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Leave to appeal to Court of Appeals is unnecessary.

Lucy J. Hart, as Administratrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Extension and Laying Out of a Proposed Highway Across the Tracks and Right of Way of the Erie Railroad Company in the Town of Dayton, Cattaraugus County, New York.— Motion to dismiss appeal held, to be decided with the appeal from the final order of the town superintendent, if one is made.

## FOURTH DEPARTMENT, OCTOBER, 1911.

Adam Dickey, Respondent, v. International Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred; Spring, J., not sitting.

Salamanca Veneer-Panel Company, Respondent, v. Elmira Table Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and

* Consol. Laws, chap. 17; Laws of 1909, chap 22.— [REP.